[No. 30577-1-II.   Division Two.   June 8, 2004.]

THE CITY OF ROY, *Respondent*, v. DAVID EUGENE BURLINGAME, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00927-7, James R. Orlando, J., entered July 3, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 51221-8-I.   Division One.   August 23, 2004.]

*In the Matter of the Estate of* EARL T. ISACKSON.

JUDITH ANDERSON, *as Personal Representative, Respondent*, v. CLARA ISACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-4-00093-0, Michael Heavey, J., entered September 24, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[Nos. 51314-1-I; 52126-8-I.   Division One.   August 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TILLMAN GEORGE FARR, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY JEROME GUDGEL, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 02-1-06907-6 and 00-1-01223-0, Robert H. Alsdorf, Palmer Robinson, and Richard A. Jones, JJ., entered August 25, 2000, October 7, 2002 and April 7, 2003. Judgment *affirmed* (*Farr*), and *remanded* (*Gudgel*) by unpublished opinion per Grosse, J., concurred in by Ellington, A.C.J., and Agid, J.